UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SARAH BOUNDS,<br>        Plaintiff<br><br>v.<br><br>CAPITAL AREA FAMILY<br>VIOLENCE INTERVENTION<br>CENTER, INC., D/B/A IRIS<br>DOMESTIC VIOLENCE CENTER<br>OF BATON ROUGE, AND<br>AUDREY WASCOME<br>        Defendants | DOCKET NO.  14-802<br><br><br>JUDGE JAMES J. BRADY<br><br><br>MAGISTRATE RICHARD BOURGEOIS, JR. |

**PLAINTIFF'S CONSOLIDATED MOTION TO COMPEL RESPONSES TO DISCOVERY FROM DEFENDANTS IRIS AND WASCOME AND FOR EXPEDITED CONSIDERATION**

Plaintiff Sarah Bounds ("Plaintiff" or "Bounds"), pursuant to Rule 37 of the Federal Rules of Civil Procedure, submits this Consolidated Motion to Compel Responses to Discovery from Defendants Iris and Wascome and for Expedited Consideration:

1.

On August 28, 2015, Plaintiff served defendant Capital Area Family Violence Center, Inc., d/b/a Iris Domestic Violence Center of Baton Rouge ("Iris") with requests for production of documents.

2.

On August 28, 2015, Plaintiff also served defendant Audrey Wascome ("Wascome") with requests for production of documents.

3.

On October 16, 2015 defendant Iris served their written responses, certain of which were incomplete.

4.

On October 23, 2015, defendant Wascome served her written responses, certain of which were incomplete. Wascome's responses were also untimely.

5.

As fully set forth in Plaintiff's Memorandum in Support of her Consolidated Motion to Compel regarding Iris, Plaintiff seeks full and complete responses to Plaintiff's First Set of Requests for Production to Defendant Iris for Request Nos. 6, 18, 51, 53, and 61. See Plaintiff's First Set of Requests for Production to Defendant Iris, Exhibit "A;" see also Defendant Iris's Responses, Exhibit "B," Plaintiff's Request for Supplementation to Defendant Iris, Exhibit "C," and Defendant Iris's Supplemental Responses, Exhibit "D."

6.

As fully set forth in Plaintiff's Memorandum in Support of her Consolidated Motion to Compel regarding Wascome, Plaintiff seeks full and complete response to Plaintiff's First Set of Requests for Production to Defendant Wascome for Request No. 24. See Plaintiff's First Set of Requests for Production to Defendant Wascome, Exhibit "E;" see also Defendant Wascome's Responses, Exhibit "F," Plaintiff's Request for Supplementation to Defendant Wascome, Exhibit "G," and Defendant Wascome's Supplemental Responses, Exhibit "H."

7.

As fully set forth in Plaintiff's Memorandum in Support of her Consolidated Motion to Compel, the information sought from Defendants is directly relevant to the claims, contentions, and defenses of this lawsuit. The information sought is, therefore, discoverable under Fed. R. Civ. P. 26.

8.

Plaintiff requests expedited consideration of this motion because the parties have attempted to resolve these issues without success for approximately two (2) months. Two depositions have had to be postponed as a result. The discovery cut-off in this case is March 31, 2016. Therefore, Plaintiff requests expedited consideration.

9.

RULE 37(a)(1) CERTIFICATION OF COUNSEL REGARDING EFFORTS TO RESOLVE WITHOUT COURT INTERVENTION

In compliance with Rule 37(a) of the Federal Rules of Civil Procedure, counsel for Plaintiff represents to this Court that he has made numerous attempts to resolve these discovery issues with opposing counsel both by telephone and written correspondence. To date, Plaintiff has been unable to resolve these issues without Court intervention.

**WHEREFORE,** based on the foregoing, Plaintiff respectfully requests that this Court grant her Consolidated Motion to Compel Responses to Discovery from Defendants Iris and Wascome and for Expedited Consideration.

Respectfully submitted,

*/s/ Robert B. Landry III*
Robert B. Landry III (#18998)
rlandry@landryfirm.com
**ROBERT B. LANDRY III, PLC**
5420 Corporate Boulevard, Suite 204
Baton Rouge, Louisiana 70808
Telephone:    (225) 349-7460
Facsimile:     (225) 349-7466

**COUNSEL FOR PLAINTIFF,
SARAH BOUNDS**

## CERTIFICATE OF SERVICE

I certify that, on this 4th day of January, 2016, a copy of the foregoing has been filed via the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Robert B. Landry III*